# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WALID ESMAT MITWALLI, | : | Civil No. 1:24-CV-00336 |
| Plaintiff, | : | |
| v. | : | |
| DR. LAUREL HARRY, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of November 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. Plaintiff's motion to compel, Doc. 37, is **DENIED**.

2. Fact discovery is **REOPENED**.

3. Fact discovery deadline is extended to **December 12, 2025**.

4. The deadline to file dispositive motions shall remain **January 9, 2026**.

                                        s/Jennifer P. Wilson
                                        JENNIFER P. WILSON
                                        United States District Judge
                                        Middle District of Pennsylvania