**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALID ESMAT MITWALLI, | : | Civil No. 1:24-CV-00336 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DR. LAUREL HARRY, *et al.*, | : | |
| | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, on this 19th day of August 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT**:

1. Defendants' motion to bifurcate the motions for summary judgment, Doc. 46, is **GRANTED**.

2. Defendants' motion for summary judgment based on a lack of administrative exhaustion, Doc. 48, is **DENIED** without prejudice.

3. Plaintiff has conceded that he did not exhaust Grievance No. 1028334.

4. An evidentiary hearing on the issue of exhaustion of Grievance No. 1050534 will be held on **January 21, 2027 at 9:30 a.m.**

5. Plaintiff's motion to compel, Doc. 52, is **DENIED** without prejudice.

6. Plaintiff's motion to reopen discovery, Doc. 53, is **DENIED** without prejudice. The court is willing to entertain a motion to reopen discovery following a determination on the issue of administrative exhaustion.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania